IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:19-CR-00297-3-ELR-JSA |
| PETER TARANTINO, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER CERTIFYING READY FOR TRIAL

The pending motion to quash or modify subpoena, (doc. 84), is **DENIED as Moot**. There are no other pending matters before the undersigned to prevent the scheduling of this case for trial.

It is therefore **ORDERED** and **ADJUDGED** that this action be, and the same is hereby, **certified as ready for trial**.

**IT IS SO ORDERED** this 12th day of October, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE