IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| TODD CHRISLEY, | * | 1:19-CR-00297-ELR-JSA |
| JULIE CHRISLEY, and | * | |
| PETER TARANTINO, | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**O R D E R**
_____

There are several matters currently pending before the Court. In the interest of efficiency and because the sentencing hearing in this case is set for Monday, November 21, 2022, the Court hereby pronounces the below rulings.[1]  [Doc. 266]. The Court will issue an order fully setting forth its reasoning and analysis regarding the below rulings at a later date.

---

[1] The Court notes that Defendants Todd Chrisley and Julie Chrisley (the "Chrisley Defendants") filed a "Motion for Telephonic Status Conference" on October 24, 2022, which the undersigned denied by an Order dated October 26, 2022. [Docs. 297, 298]. In that motion, the Chrisley Defendants indicated that two (2) days may be needed for the sentencing hearing in this case. [See Doc. 297 at 2]. At present, the Court is amenable to this scheduling request. However, the Court directs the Government and Defendants to confer and submit a brief joint filing, within seven (7) days of the date of this order, stating their positions as to whether the Court should set aside a second day for sentencing.

Upon review and consideration, the Court **DENIES** the Chrisley Defendants' "Joint Motion for New Trial" [Doc. 258], **DENIES** Defendant Peter Tarantino's "Rule 33 Motion for a New Trial" [Doc. 259], and **DENIES** the Chrisley Defendants' "Joint Motion for Judgment of Acquittal." [Doc. 260]. Additionally, the Court **GRANTS** the Government's "Motion to Exceed the Page Limit" [Doc. 291] and **GRANTS** Defendant Tarantino's "Motion to Adopt Todd and Julie Chrisley's Joint Rule 33 Motion for a New Trial." [Doc. 296].

Pursuant to the Court's September 12, 2022 Order, the sentencing hearing in this case remains set for Monday, November 21, 2022, at 10:00 a.m. [See Doc. 266]. The Court **DIRECTS** the Government and Defendants to confer and submit a brief joint filing, within seven (7) days of the date of this order, indicating whether the Court should also set aside a second day (Tuesday, November 22, 2022) for the sentencing hearing. Finally, the Court **DIRECTS** the Clerk to resubmit this matter to the undersigned after the seven (7)-day period expires.

**SO ORDERED**, this 28th day of October, 2022.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia