# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 1:19-CR-00297-ELR-JSA** |
| | ) | |
| **JULIE CHRISLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Julie Chrisley, defendant named above, hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment filed in this criminal action on the 5th day of December, 2022. (Doc. 338.)

This 5th day of December, 2022.

Respectfully submitted,

_____

J. Alex Little (TN Bar #29858)
alex.little@burr.com
*Pro Hac Vice*
Zachary Lawson (TN Bar #036092)
*Pro Hac Vice*
Burr & Forman LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: 615-724-3203
Facsimile: 615-724-3303
*Counsel for Julie Chrisley*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on the attorneys of record via the Court's Electronic Case Filing System on this 5th day of December, 2022.

J. Alex Little