

*Thomas Brown*
*U.S. Marshal*

**U.S. Department of Justice**
United States Marshals Service
75 Ted Turner Drive S.W. Suite 1600
Atlanta, GA 30303

December 20, 2022,

```
FILED IN CLERK'S OFFICE
    U.S.D.C. - Atlanta

    DEC 20 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk
```

AMENDED

Ms. JULIE CHRISLEY
USMS# 72601-019
CASE# 1:19-CR-00297-ELR

Dear Ms. CHRISLEY

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you have been RE-DESIGNATED to report to the following institution to begin service of your federal sentence.

INSTITUTION:   **FMC Lexington** SCP
               **Federal Medical Center**
               **3301 Leestown Road**
               **Lexington, KY 40511**

TELEPHONE NO.:   859-255-6812

REPORT DATE:   **NOON, JANUARY 17, 2023**

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

THOMAS BROWN
United States Marshal

Ronnie Virden
Criminal Section