# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TODD CHRISLEY, | )    Case No. 1:19-CR-297-ELR-JSA |
| JULIE CHRISLEY, and | ) |
| PETER TARANTINO, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Please take notice that Christopher Scott Anulewicz, counsel for record for Defendants, Todd Chrisley and Julie Chrisley, hereby gives his Notice of Change of Firm and Address. Mr. Anulewicz is now with the firm Bradley Arant Boult Cummings LLP. As a result, Mr. Anulewicz's address, contact information and email addresses have changed to the following:

Christopher Anulewicz
GA Bar Number 020914
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE
Atlanta, GA 30309
(404) 868-2100
canulewicz@bradley.com

Please note that Defendants will also continue to be represented by J. Alex Little at Burr & Forman LLP.  Defendant Todd Chrisley will also continue to be represented by Bruce Morris at Finestone, Morris & White, LLP and Defendant Julie Chrisley will continue to be represented by Stephen M. Friedberg. All pleadings, orders and notices should continue to be sent to Mr. Little, Mr. Morris, Mr. Friedberg and the undersigned.

Respectfully submitted this 26th day of June, 2023.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 868-2100
canulewicz@bradley.com

*Attorneys for Plaintiffs Michael T.*
*Chrisley and Julie H. Chrisley*

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 26th day of June, 2023.

/s/ *Christopher S. Anulewicz*
Christopher S. Anulewicz
(GA Bar #020914)

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2023, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to all counsel of record.

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
(GA Bar #020914)

4