### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:19-CR-00297-ELR-2 |
| | * | |
| JULIE CHRISLEY, | * | |
| | * | |
| Defendant. | * | |

_____

**O R D E R**

_____

A Sentencing Hearing is scheduled for **WEDNESDAY, SEPTEMBER 25, 2024 at 10:00 AM,** Courtroom 1708, 75 Ted Turner Drive SW, Atlanta, Georgia 30303.

**SO ORDERED**, this 24th day of July, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia