# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>Peter Tarantino | Case No: 1:19-CR-297-ELR-JSA-3<br>USM No: 72608-019 |
| Date of Original Judgment: 11/22/2022<br>Date of Previous Amended Judgment: 11/28/2022<br>*(Use Date of Last Amended Judgment if Any)* | Donald Franklin Samuel<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **36** months **is reduced to** **33 months**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This sentence reduction is granted pursuant to 18 U.S.C. § 3582(c)(2) based upon the retroactive application of Amendment 821 to the United States Sentencing Guidelines.

Except as otherwise provided, all provisions of the judgment dated **11/28/2022** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/24/2024

*Judge's signature:* Eleanor L. Ross

Effective Date: _____
*(if different from order date)*

Eleanor L. Ross
*Printed name and title*