IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JULIE CHRISLEY,** )<br>)<br>**Defendant.** )<br>)<br>) | No. 1:19-CR-00297-ELR-JSA |

## UNOPPOSED MOTION TO PERMIT THE DEFENDANT TO APPEAR REMOTELY AT SENTENCING

Comes now the Defendant, Julie Chrisley, by and through counsel, and requests that the Court allow her to appear remotely via videoconference for the sentencing hearing scheduled for September 25, 2024. In support of this motion, the Defendant would show as follows:

1. On December 5, 2022, this Court sentenced Mrs. Chrisley to 84 months of imprisonment, which she is currently serving at FMC Lexington in Lexington, Kentucky. (Dkt. 338.)

2. On July 24, 2024, this Court scheduled the case for resentencing on September 25, 2024. (Dkt. 423.)

3. Because Mrs. Chrisley is presently in the custody of the Bureau of Prisons ("BOP") outside the state of Georgia, BOP likely would transfer her via

1

the transfer facility in Oklahoma City or place her in a van for a lengthy, multiple-hour trip while shackled to facilitate her appearance in court. Either option would remove Mrs. Chrisley from FMC Lexington for an unnecessarily extended period of time and impose undue physical hardship on her.

4. Undersigned counsel has corresponded with Mrs. Chrisley's case manager at FMC Lexington and confirmed that she can be made available to appear remotely for her hearing via videoconference. In this manner, Mrs. Chrisley can participate in the proceedings fully.

5. Undersigned counsel has spoken with counsel for the United States and can report that the government does not oppose the motion.

Accordingly, the Defendant respectfully requests that the Court allow her to appear remotely for her resentencing hearing on September 25, 2024.

Respectfully submitted,

_____
J. Alex Little (TN Bar #29858)
   *Pro Hac Vice*
Zachary Lawson (TN Bar #036092)
   *Pro Hac Vice*
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Phone: 615-985-8189
Email: alex@litson.co
*Counsel for Julie Chrisley*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served on the attorneys of record via the Court's Electronic Case Filing System on this 31st day of July, 2024.

_____
J. Alex Little