**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TODD CHRISLEY,** | ) | **Criminal Action No.** |
| **JULIE CHRISLEY, and** | ) | **1:19-cr-00297-ELR-JSA** |
| **PETER TARANTINO,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>MOTION TO WITHDRAW</u>

Christopher S. Anulewicz and Bradley Arant Boult Cummings LLP hereby

request permission to withdraw as attorneys of record for Defendants Michael T.

Chrisley and Julie Chrisley in the above-styled case pursuant to LR 57.1(E).  By

correspondence dated July 30, 2024, Bradley Arant Boult Cummings LLP provided

the Chrisleys with 14-days' notice of its intention to withdraw.  *See* Correspondence

from Jonathan R. DeLuca to Mr. Chrisley and Ms. Chrisley, attached hereto as

**Exhibit A**.[1]  The Chrisleys do not object to this withdrawal.  Co-counsel will

---

[1] Due to the Chrisley Defendants' current incarceration, Savannah Chrisley currently has power of attorney over both Chrisley Defendants. As such, notice was provided to Savannah Chrisley and their attorney, Alex Little, who do not object to this withdrawal.

continue to represent the Chrisley Defendants, and this withdrawal will not cause

any delay or interruptions in this case.

Respectfully submitted this 22nd day of August, 2024.


*/s/Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914
Email: canulewicz@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
Promenade Tower
1230 Peachtree Street, NE 20th floor
Atlanta, GA 30309
Telephone:   (404) 868-2100
Facsimile:    (404) 868-2010

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel hereby certifies the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 22nd day of August 2024.

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar Number 020914

## CERTIFICATE OF SERVICE

I certify that on August 22, 2024, I electronically filed the foregoing *Motion to Withdraw* with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record:

I further certify that on August 22, 2024, I mailed a copy of the foregoing *Motion to Withdraw* to Michael T. Chrisley and Julie Chrisley at the addresses below. I further certify that on August 22, 2024, I mailed a copy of the foregoing via co-counsel, Alex Little, and to Savannah Chrisley who currently has Power of Attorney over them postage prepaid, to Michael T. Chrisley and Julie Chrisley addressed as follows:

Julie Chrisley
BOP Register No.: 72601-019
FMC Lexington
3301 Leestown Road
Lexington, KY 40511

Todd Chrisley
BOP Register No.: 72600-019
FPC Pensacola
110 Raby Ave.
Pensacola, Florida 32509

Michael T. Chrisley
Julie Chrisley
c/o Savannah Chrisley (POA)
9274 Exton Lane
Brentwood, Tennessee 37027

J. Alex Little
Litson PLLC
6339 Charlotte Pike, Unit C321
Nashville, Tennessee 37209

4

*/s/Christopher S. Anulewicz*

Christopher S. Anulewicz
Georgia Bar No. 020914