| | |
|---|---|
| **From:** | DeLuca, Jonathan |
| **To:** | sfchrisley@gmail.com |
| **Cc:** | Alex Little; "Arthur W. Leach"; Anulewicz, Chris; Rice, Stefanie; Powers, Oleta |
| **Subject:** | Withdrawal As Counsel; 1:19-cr-00297-ELR-JSA |
| **Date:** | Tuesday, July 30, 2024 2:26:40 PM |

Savannah-

As we discussed last week, this email is to serve as Christopher Anulewicz's notice that he intends to withdraw from representing Todd and Julie in the above captioned case and to confirm that you do not object. Since you have power of attorney over Todd and Julie, I am sending you this notice directly.

Let me know if you want to discuss. Thanks



**Jonathan DeLuca**
Senior Attorney
e: jdeluca@bradley.com  w: bradley.com
d: 404.868.2047
Bradley Arant Boult Cummings LLP
Promenade Tower, 1230 Peachtree Street NE, Suite 600
Atlanta, GA 30309

LinkedIn | Facebook | Twitter | Instagram | Blogs