FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 25 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Action No. |
| TODD CHRISLEY (A/K/A MICHAEL TODD CHRISLEY) AND JULIE CHRISLEY | 1:19-CR-297-ELR-JSA |

## AMENDED ORDER AND JUDGMENT OF FORFEITURE[1]

On June 7, 2022, defendants Todd Chrisley and Julie Chrisley were found guilty following a jury trial in the above-numbered action. (Doc. 229).

WHEREAS, this Court having determined, pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure and based upon record evidence, defendant Todd Chrisley personally received a total of $17,270,741.57 in proceeds as a result of committing the offense of conviction;

WHEREAS, this Court having determined, pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure and based upon record evidence, defendant Julie Chrisley personally received a total of $4,740,645.04 in proceeds as a result of committing the offense of conviction;

WHEREAS, this Court has further determined based on the record that acts and omissions by defendants Todd Chrisley and Julie Chrisley have rendered the

---

[1] This Amended Order and Judgment of Forfeiture reflects an updated forfeiture money judgment amount as to Defendant Julie Chrisley based on the parties' agreement. This amended order has no effect on the Forfeiture Money Judgement as to Defendant Todd Chrisley.

1

proceeds of their offenses unavailable for forfeiture within the meaning of 21 U.S.C. § 853(p) and that as a result, the United States is entitled to a judgment against the defendants in the amount of the value of the proceeds of their offense of conviction; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that defendant Todd Chrisley shall forfeit to the United States the sum of $17,270,741.57, pursuant to 18 U.S.C. § 982(a)(2)(A).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Julie Chrisley shall forfeit to the United States the sum of $4,740,645.04, pursuant to 18 U.S.C. § 982(a)(2)(A).

IT IS HEREBY FURTHER ORDERED that, upon the entry of this Order, the United States Attorney General or his designee may conduct discovery to identify, locate, and facilitate the disposition of property subject to forfeiture in accordance with Fed. R. Crim. P. 32.2(b)(3).

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order and that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to defendants Todd Chrisley and Julie Chrisley at the time of sentencing and shall be made part of the sentence and included in the Judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property

having a value not to exceed the amount set forth above to satisfy the money

judgment in whole or in part.

SO ORDERED THIS 25ᵗʰ day of _September_, 2024.

_(signature)_
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Submitted by:
Annalise K. Peters
Assistant United States Attorney