IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19-CR-00297-ELR-JSA |
| ) | |
| JULIE CHRISLEY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Julie Chrisley, defendant named above, hereby appeals to the U.S. Court of Appeals for the Eleventh Circuit from the final judgment filed in this criminal action on the 30th day of September 2024. (Doc. 444.)

Respectfully submitted,

J. Alex Little (TN Bar #29858)
   *Pro Hac Vice*
Zachary Lawson (TN Bar #036092)
   *Pro Hac Vice*
Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
Telephone: 615-985-8205
alex@litson.co
zack@litson.co
*Counsel for Julie Chrisley*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice was served on the attorneys of record via the Court's Electronic Case Filing System on this 10th day of October, 2024.

_____
J. Alex Little