

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

---

*Richard Russell Federal Building*      *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*     *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

January 21, 2025

Courtroom Deputies
U.S. Courthouse
Richard B. Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

> Re: *U.S. v. Watkins, 1:06-CR-442-TCB*
> *U.S. v. Patel, et. al., 1:16-CR-353-SCJ*
> *U.S. v. Thrilkill, 1:17-CR-320-ELR*
> *U.S. v. Smith, et. al, 1:18-CR-456-WMR*
> *U.S. v. Chrisley, et. al., 1:19-CR-297-ELR*
> *U.S. v. Chang, 1:21-CR-109-AT*
> *U.S. v. Ogiekpolor, 1:21-CR-015-WMR*
> *U.S. v. Shackelford, et al., 1:21-CR-454-WMR*
> *U.S. v. Parrino, 1:22-CR-280-LMM*
> *U.S. v. Tiffany Brown, 1:22-CR-359-TWT*
> *U.S. v. Hughes, 1:23-CR-38-WMR*
> *U.S. v. M. Patel, 1:23-CR-126-LMM*
> *U.S. v. Askew, 1:23-CR-130-TCB*
> *U.S. v. Sheats, 1:23-CR-380-JPB*
> *U.S. v. Maloney, 1:24-CR-33-JPB*
> *U.S. v. S. Patel, 1:24-CR-225-SCJ*
> *U.S. v. Thompson, 1:24-CR-346*
> *U.S. v. Mbaya, 1:24-MJ-889*
> *U.S. v. Purbeck, 3:21-CR-004-TCB*
> *U.S. v. Lawson, et al., 3:21-CR-006-TCB*
> *U.S. v. Ihimekpen, et al., 1:23-CR-192-SCJ*

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office for the following dates:

        February 12, 2025

        March 24 through April 11, 2025

I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

        Sincerely,

        RICHARD S. MOULTRIE, JR.
        *Acting United States Attorney*

        */s/ Alex R. Sistla*

        ALEX R. SISTLA
        *Assistant United States Attorney*