IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Todd Chrisley, et al.
DEFENDANT.

Criminal Action No.

1:19-CR-297-ELR-JSA

## NOTICE OF WITHDRAWAL

Assistant United States Attorney Annalise Peters herein files notice of his of withdrawal in the above-styled case, and respectfully requests that he be removed as counsel of record for the United States.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ ANNALISE PETERS
*Assistant United States Attorney*
Georgia Bar No. 550845
Annalise.Peters@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

        Defendant

March 26, 2025

        /s/ ANNALISE PETERS
        ANNALISE PETERS
        *Assistant United States Attorney*